# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.

EDWARD TIKI ARRINGTON
a/k/a "Troy Mike Payton,"

Case No. 25-mj-590 (ECW)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1

On or about September 4 2025, in Hennepin County, in the State and District of Minnesota, defendant took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the vehicle's owner, by force, violence, and intimidation, with the intent to cause death and serious bodily harm; all in violation of Title 18, United States Code, Section 2119.

### Count 2

On or about September 4 2025, in Hennepin County, in the State and District of Minnesota, defendant did knowingly discharge, carry, and use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking,; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Cole T. Scribner
FBI Special Agent

*Printed name and title*

Date: September 5, 2025

*Judge's Signature*

City and State: St. Paul, MN

Elizabeth Cowan Wright
United States Magistrate Judge

*Printed Name and Title*