**STATE OF MINNESOTA** )
                                    ) ss.   **AFFIDAVIT OF COLE SCRIBNER**
**COUNTY OF RAMSEY** )

    Cole T. Scribner, being duly sworn, deposes and states as follows:

    1.    I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed for approximately five years. I am currently assigned to the FBI Minneapolis Violent Crime Task Force. My duties and responsibilities include conducting criminal investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Criminal Code. I have participated in several investigations which have resulted in the arrests, searches, seizures, and convictions of individuals who have participated in violent robberies, fugitive, and carjacking matters.

    2.    This affidavit is submitted in support of a complaint charging Edward Tiki ARRINGTON, a/k/a "Troy Mike Payton," with carjacking, in violation of 18 U.S.C. § 2119; and discharging a firearm during and in relation to a crime of violence (carjacking), in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

    3.    The facts set forth herein are based on my own personal observations, my review of police reports, and conversations I have had with other law enforcement personnel. The facts set forth herein do not include the

complete facts related to this investigation, just those facts necessary to support probable cause for purposes of the Complaint.

## PROBABLE CAUSE

4.  At about 8:00 a.m. on September 4, 2025, 911 calls began to come in about a man with a gun in the area of 334 Lake Street East in Minneapolis, Minnesota. Officers responded to the scene, interviewed victims and witnesses, and collected surveillance video. From these statements and videos officers learned the following:

5.  ARRINGTON had been driving a red SUV east on Lake Street toward 4th Avenue South in Minneapolis. Surveillance video showed him driving erratically—speeding, swerving into oncoming traffic, and driving onto the sidewalk. As ARRINGTON approached the intersection he was driving with the vehicle fully on the sidewalk between posted signs and the street. ARRINGTON drove through the Lake Street and 4th Avenue intersection against a red light and collided with a silver sedan that was traveling lawfully south on 4th Avenue. ARRINGTON's red SUV rolled to a stop at the southeast corner of the intersection.



Arrington's vehicle traveling on the sidewalk toward the intersection, just before striking the silver sedan (entering the intersection on the right of the still).

6. Video evidence then shows ARRINGTON get out of the red SUV and run toward a white Infiniti SUV stopped at the light with a gun pointed at the driver. When ARRINGTON reached the Infiniti he attempted to open the driver's door. The driver of the Infiniti accelerated away from the intersection.



Arrington brandishing a firearm at the driver of the white Infiniti.

7. ARRINGTON then ran toward another vehicle, a black 2012 Volkswagen Passat bearing VIN 1VWBP7A38CC069704. As he approached the Volkswagen Passat, he can again be seen on video brandishing the firearm at the driver. The driver of the Volkswagen Passat later stated that ARRINGTON ordered her out of the vehicle at gunpoint and demanded to know where the keys were. The victim indicated that the keys were inside the vehicle. ARRINGTON then got into the Volkswagen Passat and drove the Volkswagen Passat against traffic to the crashed red SUV.

8. At the red SUV, ARRINGTON can be seen attempting to remove two dogs from the SUV. Initially unable, ARRINGTON parked the Volkswagen Passat on 4th Avenue north of Lake Street. He then ran back to

4

the intersection and appeared to call for the dogs. The dogs left the SUV and got into the Volkswagen Passat. As this was happening, a black Jeep SUV approached the intersection. The driver later stated that she saw the crash, and that as she approached the intersection ARRINGTON pointed a gun at her; she ducked and accelerated away. ARRINGTON can be seen in surveillance video brandishing the firearm at the Jeep SUV.



Arrington brandishing a firearm at the driver of the Jeep SUV.

9.      At the same time a pedestrian was walking on Lake Street near the intersection. ARRINGTON ran toward the pedestrian with his firearm pointed at her. The pedestrian put both hands up, and ARRINGTON grabbed both her hands. ARRINGTON demanded to know where her guns were. The pedestrian said she did not have a gun, and ARRINGTON released her and

ran back to the Volkswagen Passat. ARRINGTON then ran from the Volkswagen Passat to the red SUV to retrieve an unknown item then ran back to the Volkswagen Passat and began to drive away.

10. As ARRINGTON was in the Volkswagen Passat, he can be seen in surveillance video firing a shot out of the Volkswagen Passat. It is unclear who his intended target was— ARRINGTON appears to be shooting at a work van that was passing the Volkswagen Passat at the time.



Arrington discharging a firearm in the direction of a work van.

11. ARRINGON left the area of the intersection at around 8:10 a.m.

12. At about 8:15 a.m., Minneapolis Police Dispatch sent out a city-wide notice on a Volkswagen used in a shots-fired call in Precinct 3. Officers located ARRINGTON driving the carjacked Volkswagen Passat in North

Minneapolis and confirmed the license plate. Officers initiated a traffic stop and ARRINGTON fled toward downtown Minneapolis. Recognizing that ARRINGTON was an immediate threat to public safety and to human life, officers followed. Milestone surveillance cameras captured ARRINGTON as he drove through the intersection of Penn Avenue and Olson Memorial Boulevard. The intersection was busy with cars at the time. ARRINGTON sped through the intersection against a red light, without appearing to slow at all. As he did so, he crashed at full speed into a blue Ford Focus sedan driving lawfully through the intersection. The crash killed two adult women in the Ford Focus and seriously injured a six-year-old child who was in the backseat: the child suffered bilateral femur fractures and a traumatic brain injury. One of the women killed was the child's mother.

13. Officers searched the Volkswagen Passat and found a firearm and a discharged cartridge casing in the driver's side floorboard, consistent with video showing ARRINGTON firing from the Volkswagen Passat.

14. ARRINGTON was transported to North Memorial Hospital for treatment.

15. Based on publicly available information, I am aware that Volkswagen is a worldwide automobile manufacturing company headquartered in Germany with a U.S. manufacturing plant in Chattanooga, Tennessee. The 2012 Volkswagen Passat was therefore necessarily

7

transported in interstate or foreign commerce to have been found in Minnesota on September 4, 2025.

16.  I am aware that ARRINGTON has a prior federal conviction of possession with intent to distribute cocaine base in *United States v. Bland, et al.*, 07-cr-189 (JRT/JSM).  He was sentenced to 40 months' imprisonment on June 25, 2009.  I am also aware that ARRINGTON has an extensive state criminal history that includes convictions of assault and firearms offenses.

17.  Based on the foregoing, there is probable cause to believe that Edward Tiki ARRINGTON committed the offense of carjacking, in violation of 18 U.S.C. § 2119; and the offense of discharging a firearm during and in relation to a crime of violence (carjacking), in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

Further your Affiant sayeth not.

*[signature]*

Cole T. Scribner
Special Agent, FBI


SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
September 5, 2025:

*[signature]*

ELIZABETH COWAN WRIGHT
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA