UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-MJ-590 (ECW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWARD TIKI ARRINGTON,
a/k/a Troy Mike Payton

Defendant.

**MOTION TO DISMISS
COMPLAINT WITHOUT
PREJUDICE**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and David B. Green, Assistant United States Attorney, respectfully moves this Court for its Order dismissing the complaint in this matter without prejudice. Undersigned counsel conferred with counsel for Mr. Arrington, Kevin C. Riach, Esq., who informed the government that the defense agrees with the motion to dismiss this matter without prejudice.

## I.    Background

On September 5, 2025, the Court signed a Criminal Complaint and Arrest Warrant for the defendant, charging him with Carjacking (Count 1) and discharging a firearm during a crime of violence (Count 2). The government and defense team then submitted several joint requests to continue the time by which the United States was required to indict this matter under the Speedy

Trial Act. *See* ECF Nos. 17, 18, 21, 22, 23, 24, 25, 26. The parties requested the continuances to permit the defense team time to gather information related to the defendant's mental health history. The information was gathered in part for the United States to consider as part of its charging decision in this case, which is potentially eligible for capital punishment. After the defense team gathered voluminous materials, the defense team and the leadership of the United States Attorney's Office's Criminal Division met for an in-person meeting to review and consider the materials.

Separately from the pending federal charges, the defendant is also currently charged with eleven criminal counts in Hennepin County District Court, Case No. 27-CR-25-22602. The charges against him there include:

1. Fleeing police officer in a motor vehicle, resulting in death. Maximum sentence of 40 years.
2. Fleeing police officer in a motor vehicle, resulting in death. Maximum sentence of 40 years.
3. Fleeing police officer in a motor vehicle, resulting in great bodily harm. Maximum sentence of 7 years.
4. Possession of firearm by prohibited person. Maximum sentence of 15 years.
5. Threats of violence – reckless disregard. Maximum sentence of 5 years.
6. First degree carjacking armed with a dangerous weapon. Maximum sentence of 20 years.
7. First degree carjacking armed with a dangerous weapon. Maximum sentence of 20 years.
8. Dangerous weapons – drive by shooting toward occupied motor vehicle or building. Maximum sentence of 10 years.
9. Assault – 2nd degree – dangerous weapon. Maximum sentence of 7 years.

2

10. Assault – 2nd degree – dangerous weapon. Maximum sentence of 7 years.

11. Assault – 2nd degree – dangerous weapon. Maximum sentence of 7 years.

If convicted of these offenses in state court, the defendant—who is 46 years old—faces guidelines sentencing terms of decades in prison. Additionally, the United States understands that state prosecutors have filed or intend to file a *Blakely* notice seeking aggravated punishment. And if the defendant is convicted of multiple counts, he could be sentenced to consecutive terms of imprisonment. Based on these factors, the United States assesses that the pending prosecution in Hennepin County may vindicate the federal interest in this matter.

## II.   Request to Dismiss Complaint

Based on extensive discussions that have taken place between the United States Attorney's Office, the defense team, and the Hennepin County Attorney's Office, the United States respectfully submits that it serves the ends of justice to permit the case being prosecuted by the Hennepin County Attorney's Office to proceed before a federal prosecution.

The United States notes for the Court's awareness that government counsel has coordinated with the Hennepin County Attorney's Office to ensure that, if the Court grants this motion to dismiss without prejudice and Mr. Arrington is released from federal custody, Mr. Arrington will immediately be

taken into custody on an active arrest warrant for his pending state charges and he will **not** be released into the public. The docket in Mr. Arrington's state case currently reflects this active warrant, with a $4,000,000 bail amount listed.

Accordingly, the United States hereby requests that the Court dismiss the complaint in this matter pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States asks that the complaint be dismissed without prejudice, so that federal charges may be brought again if the interests of justice so require.

Dated: April 30, 2026                                  Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ David Green*

BY:    David B. Green
Assistant U.S. Attorney
United States Attorney's Office
612-664-5600
david.green3@usdoj.gov
Attorney ID No. 397477

*/s/ Kevin Riach*
Kevin C. Riach
Attorney for Mr. Arrington
Attorney ID No. 389277

4