# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

v.

Edward Tiki Arrington
*a/k/a* Troy Mike Payton,

                Defendant.

Case No. 25-mj-00590 (ECW)

**ORDER**

This case is before the Court on Plaintiff United States of America's Motion to Dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. (Dkt. 27.) Defendant Edward Tiki Arrington does not oppose the Motion. (*Id.*) Accordingly, the Motion is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Dated: May 4, 2026                */s/ Elizabeth Cowan Wright*
                                   ELIZABETH COWAN WRIGHT
                                   United States Magistrate Judge